IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-01053 |
| ) | |
| Defendant No. 1: ) | |
| ONE .32 CALIBER LONG TITANIC ) | |
| REVOLVER, SERIAL NUMBER B25795; ) | |
| ) | |
| and ) | |
| ) | |
| Defendant No. 2: ) | |
| THREE ROUNDS OF .32 AMMUNITION, ) | |
| ) | |

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys, Stephen R. McAllister, United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the above-captioned defendants for violations of 18 U.S.C. § 922(g)(1) and 924(a)(2).

### THE DEFENDANTS IN REM

2. Defendant No. 1 consists of one .32 caliber Long Titanic Revolver, serial number B25795. Defendant No. 2 consists of three rounds of .32 ammunition. Both defendants were

seized by Kansas City, Kansas Police Department officers in the District of Kansas and are currently in the custody of the Bureau of Alcohol, Tobacco, Firearms and Explosives.

## JURISDICTION AND VENUE

3. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendants. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345 and over an action for forfeiture under 28 U.S.C. § 1355.

4. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. § 1395, because the defendant property is located in the district.

## BASIS FOR FORFEITURE

6. The defendants are subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) because they are property involved or used in violations of 18 U.S.C. § 922(g)(1) and 924(a)(2).

## FACTS

7. Supplemental Rule G(2)(i) requires this complaint to state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial. Such facts and circumstances supporting the seizure and forfeiture of the defendants are contained in Exhibit A, which is attached hereto and incorporated by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant for the arrest of the defendants; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the defendants; that the defendants be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney

/s/ Annette Gurney
ANNETTE GURNEY #11602
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
annette.gurney@usdoj.gov

## DECLARATION

I, William D. Johnson, have read the contents of the foregoing Complaint for Forfeiture and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of February, 2018.

WILLIAM D. JOHNSON
Task Force Officer
Bureau of Alcohol Tobacco and Firearms
and Explosives

CAROL DOUGLAS
Notary Public-Notary Seal
STATE OF MISSOURI
Platte County
My Commission Expires Dec 14, 2018
Commission # 14431570

4

## AFFIDAVIT IN SUPPORT OF COMPLAINT FOR FORFEITURE

I, William D. Johnson, a Detective with the Kansas City Kansas Police Department, Narcotics Unit, being of lawful age, having first duly sworn upon my oath, do hereby depose and state:

1. I have been a law enforcement officer with the Kansas City Kansas Police Department since November 1, 1990. During the course of my employment, I have participated in various methods of investigation, including but not limited to electronic surveillance, visual surveillance, and questioning of witnesses and informants. I am currently assigned to a Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Task Force in Kansas City and hold a Special Deputation Appointment under the authority of the United States Department of Justice and the United States Marshals Service. I have received training in investigations sponsored by the Kansas City Metropolitan Metro Squad. I have also received training from the ATF Training and Professional Development Branch. I have participated in numerous firearm and narcotics related investigations, which led to the prosecution and conviction of suspects. To date, I have participated in the execution of over one hundred investigations that resulted in felony arrests and the confiscation of firearms and narcotics.

2. This affidavit is made in support of a complaint for forfeiture for the following property:

    A. One .32 caliber Long Titanic Revolver, serial number B25795; and

    B. Three rounds of .32 ammunition.

3. The revolver and ammunition identified in paragraph 2 were seized by Kansas City, Kansas Police Department officers on July 20, 2015 in the District of Kansas as part of their investigation of Cortez Munford.

4. On August 5, 2015, Cortez I. Mumford was indicted in United States District of Kansas Case No. 15-20069-JAR with a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (felon in possession of a firearm). The firearm and ammunition involved in the offense as set out in the Indictment was a .32 caliber Long Titanic Revolver (revolver), serial number B25795 and ammunition.

5. On March 2, 2016, Cortez Mumford entered his plea of guilty to Count 1 in Case No. 15-20069. On December 4, 2017, Mumford was sentenced to sixty months imprisonment.

6. On April 11, 2016, the Court entered an order in Case No. 15-20069 of forfeiture which forfeited the defendant's interest in the revolver and ammunition, however, the forfeiture of these items was not included in the Mumford's Judgment In A Criminal Case.

7. As a result of the Indictment in Case No. 15-20069 and Cortez Mumford's subsequent conviction, I have probable cause to believe that the revolver and ammunition were use or involved in a violation of 18 U.S.C. § 922. Accordingly, I have probable cause to believe that the revolver and ammunition are subject to forfeiture pursuant to 18 U.S.C. § 924(d).

*William Johnson*
WILLIAM D. JOHNSON
Task Force Officer
Bureau of Alcohol Tobacco and Firearms and Explosives

Subscribed and sworn to before me this 15 day of February, 2018.

_____
NOTARY PUBLIC

CAROL DOUGLAS
Notary Public-Notary Seal
STATE OF MISSOURI
Platte County
My Commission Expires Dec 14, 2018
Commission # 14431570

2